UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| JOHN DOE<br><br>    Plaintiff,<br><br>v.<br><br>GEORGETOWN COLLEGE, et al.<br><br>    Defendants. | Case No. 5:21-cv-00192 |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiff, John Doe, herein submits this Unopposed Motion for a 90-day extension of deadlines in the above-captioned case. Plaintiff's counsel has just returned to work substantially full time from an extended absence due to open-heart surgery.

A 90-day extension of the case and rescheduling of deadlines will not unfairly prejudice the Defendants in this case.

Respectfully,

*/s/ James M. Francis*
James M. Francis
Francis Law Firm PLLC
4071 Tates Creek Centre Dr, Ste 304
Lexington, KY 40517
jim@francis-law.com

Kevan Morgan
Morgan Law Office, PLC
130 N. Hamilton St
Ste 103
Georgetown, KY 40324
*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically to counsel of record via the CM-ECF system upon filing on this 20 day of May 2022.

Casey C. Stansbury
Tia J. Combs
Daenayia Hudson
2525 Harrodsburg Road, Suite 500
Lexington, KY 40504
cstansbury@fmglaw.com
tcombs@fmglaw.com

                                                       */s/ James M. Francis*
                                                       James M. Francis
                                                       *Counsel for Defendants*